**Memorandum Order issued May 23, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00913-CV

———————————

**TOWER OAKS COMMUNITY ORGANIZATION, Appellant**

**V.**

**GREGORY D. HAM AND COLIN E. HAM, Appellees**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-52753**

---

## MEMORANDUM ORDER

Appellant, Tower Oaks Community Organization, timely filed a notice of appeal on November 14, 2016, from the trial court's final judgment, signed on August 18, 2016, following a bench trial, and after a timely request for findings of fact and conclusions of law was filed on September 7, 2016.  *See* TEX. R. APP. P.

26.1(a)(4). Appellees, Gregory D. Ham and Colin E. Ham, timely filed an amended cross-notice of appeal on November 17, 2016, from the order denying their motion for sanctions, signed on August 18, 2016. *See id.* 26.1(d).

On May 12, 2017, appellees filed an unopposed motion to dismiss their cross-appeal because they no longer wish to pursue it, contending that their dismissal will not prejudice the appellant's appeal, and further requesting that all costs be assessed against the party incurring the same. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2), 42.1(a)(1), (d). No opinion has issued yet. *See id.* 42.1(c).

Accordingly, we **GRANT** appellees' motion and **ORDER** the cross-appeal **DISMISSED**. *See* TEX. R. APP. P. 42.1(a)(1). Appellant's appeal remains pending before this Court, and costs will be assessed upon issuance of judgment.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Massengale.